UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CHARLES BLAIR, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01451 - DAD - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT AND TERMINATING DEFENDANT'S MOTION TO DISMISS AS MOOT<br><br>(Doc. 9) |

    Plaintiffs initiated this action by filing a complaint on September 24, 2015, asserting the defendants are liable for violations of the Fair Debt Collection Practices Act, identity theft, and violations of 15 U.S.C. §1635 for actions taken during the course of foreclosure. (Doc. 1) Defendants filed a motion to dismiss the compliant pursuant to Rule 12(b) of the Federal Rules of Civil Procedure on November 23, 2015. (Doc. 4)

    On December 4, 2015, Plaintiffs filed a request for leave to amend the complaint (Doc. 9) and their First Amended Complaint (Doc. 10). Significantly, a party is permitted to amend a pleading "as a matter of course" within "21 days after a service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). Because Plaintiffs' First Amended Complaint was filed within the time authorized by Rule 15, they are permitted to file an amended complaint as a matter of course, and leave of the Court is not required.

///

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's request for leave to amend the complaint (Doc. 9) is **GRANTED**;
2. The First Amended Complaint filed December 4, 2015 (Doc. 10) **SHALL** be deemed the operative pleading; and
3. Defendants' motion to dismiss is terminated as **MOOT**.

IT IS SO ORDERED.

Dated: **December 9, 2015**             /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

2